IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRITTANY M. COLON,

                      Plaintiff,                    ORDER

    v.

                                              17-cv-371-wmc

AMERICAS BEST VALUE INN,

                      Defendant.

---

The court held an in-person hearing today on plaintiff's motion for default judgment (dkt. #8), at which plaintiff appeared by counsel and defendant again failed to appear. Consistent with the court's rulings during that conference, IT IS ORDERED that:

1) Plaintiff shall file a list of citations to authority to establish standing based on the allegations set forth in their complaint;

2) Plaintiff shall file an affidavit that establishes the additional facts necessary to prove that defendant is in violation of the ADA along with applicable, supporting legal citations;

3) Plaintiff shall file an amended request for attorney's fees and costs, along with a supporting affidavit confirming that the requested fees and costs pertain to work performed for this case only;

4) Plaintiff shall file a proposed judgment that describes in specific language the steps that defendant must take to comply with the ADA;

5) Plaintiff shall file an affidavit confirming service of the above materials and this order on defendant;

6) Defendant may have fourteen (14) days from receipt of the above materials to file and serve a response, if any; and

7) The court will then determine whether a further hearing is required before ruling on plaintiff's pending motion for default judgment.

Entered this 2nd day of August, 2017.

> BY THE COURT:
>
> /s/
>
> WILLIAM M. CONLEY
> District Judge