IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRITTANY M. COLON,

    Plaintiff,

v.

AMERICAS BEST VALUE INN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-371-wmc

---

This case came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brittany M. Colon against defendant Americas Best Value Inn awarding attorney fees and costs in the amount of $4,415.00.

IT IS FURTHER ORDERED AND ADJUDGED that a permanent injunction pursuant to Federal Rule of Civil Procedure 65 is entered under the following terms and conditions:

    i.    Defendant Americas Best Value Inn, located at 2504 Wisconsin Dells Pkwy in Wisconsin Dells, Wisconsin ("Americas Best"), shall install a suitable ADA-compliant pool entry required for each swimming pool or hot tub on the premises. To achieve this compliance, Americas Best may choose from the following options based on what is readily achievable for its business:

        a.    For pools and spas with greater than 300 linear feet of pool wall, two (2) ADA compliant entries shall be installed. These can include a sloped entrance, transfer wall, or pool lift.

    b. For pools and spas with less than 300 linear feet of pool wall, one (1) ADA compliant entry shall be installed, which must be either a sloped entrance or a pool lift.

ii. While Americas Best need not bring all pools or spas into compliance at once, it must at least implement a plan to achieve full compliance in a reasonable timeframe.

iii. Violation of this Permanent Injunction shall be subject to applicable penalties, up to and including contempt of court.

iv. This court shall retain continuing jurisdiction over plaintiff Brittany Colon and defendant Americas Best for the purpose of enforcing this Permanent Injunction.

Approved as to form this 21st day of August, 2017.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court