IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRITTANY COLON,

                    Plaintiff,                          ORDER

    v.

                                                17-cv-371-wmc

AMERICAS BEST VALUE INN,

                    Defendant.

---

        Following the court's order of January 3, 2018, defendant Americas Best Value Inn failed both to post a suitable bond and to file an acceptable plan for achieving ADA-compliance for its pools by the deadlines provided. (*See* dkt. #28.) Having been advised that defendant is closed until spring and that the certified mailing of that order to defendant's franchisor's "contact person for service of process" was returned, the court directs the United State Marshal -- instead of chaining defendant's indoor pools -- to post a sign at the defendant's main entrance reading as follows:

> THE INDOOR AND OUTDOOR POOLS OF THIS ESTABLISHMENT, 2054 WISCONSIN DELLS PARKWAY, WISCONSIN DELLS, WISCONSIN ARE CLOSED BY ORDER OF THE DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN UNTIL FURTHER NOTICE. VIOLATION OF THIS ORDER MAY RESULT IN MONETARY FINES OR OTHER PENALTIES.
>
> *Brittany Colon v. Americas Best Value Inn* (17-cv-371-wmc)
> Please contact Clerk of Court Peter Oppeneer (608) 264-5156 for more information.

Entered this 22nd day of January, 2018.

                          BY THE COURT:

                          /s/

                          _____
                          WILLIAM M. CONLEY
                          District Judge