IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRITTANY COLON,

                Plaintiff,                NOTICE TO RECEIVER

v.

                                          17-cv-371-wmc

AMERICAS BEST VALUE INN,

                Defendant.

Having been advised that the property known as "Americas Best Value Inn" at 2504 Wisconsin Dells Parkway, Wisconsin Dells, Wisconsin, may be in state receivership by virtue of an action brought by plaintiff Bank of Wisconsin Dells, the court is simply providing this notice to the actual owners of the property, receiver, creditors, prospective buyers, and Sauk County Circuit Court, that this court entered a default judgment requiring that the pools at that property be brought into compliance with the ADA (dkt. #19) and a subsequent order closing the pools for noncompliance (dkt. #31), both of which were entered after a variety of attempts to accomplish service on the presumed owners, including for the latter by publication, as well as a failure by anyone at the location itself to acknowledge these judicial proceedings. In the event that the subject property is sold or reopened, any future proprietor should be advised of this court's judgment and directions to the U.S. Marshal to enforce it barring further action of this court.

Plaintiff's counsel in this case is also authorized to file this notice with the Sauk County Register of Deeds.

Entered this 30th day of January, 2018.

                                        BY THE COURT:
                                        /s/
                                        WILLIAM M. CONLEY
                                        District Judge